UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-219-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| JAVARUS OMAR MELVIN | |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the document filed at Docket Entry #21 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED.

This ___12___ day of September, 2018.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Court Judge